UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

William Howard, et al.,

                        Plaintiff(s),

v.                                               Case No. 1:25−cv−10926−MAG−PTM
                                                            Hon. Mark A. Goldsmith

UBP Bay City, LLC, et al.,

                        Defendant(s),

**NOTICE TO APPEAR REMOTELY**

    PLEASE TAKE NOTICE that a remote hearing has been ***rescheduled*** before District Judge Mark A. Goldsmith as follows:

- STATUS CONFERENCE: October 16, 2025 at 10:30 AM

    The Court will host the hearing. Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys. Be advised that this is an attorneys−only proceeding. Connection information and instructions may not be forwarded, distributed or shared with non−participants without the Court's advance approval.

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                             By: s/Joseph Heacox
                                                                   Case Manager

Dated: October 9, 2025