UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM HOWARD, et al.,

       Plaintiffs,                              Civil Action No. 25-cv-10926

v.                                          HON. MARK A. GOLDSMITH

UBP BAY CITY, LLC, et al.,

       Defendants.
_____/

## ORDER REGARDING PLAINTIFFS' MOTION TO HOLD ALL MOTIONS TO DISMISS IN ABEYANCE PENDING JURISDICTIONAL CHALLENGE (Dkt. 22) AND PLAINTIFFS' MOTION TO ADVANCE PROCEEDINGS AND FOR STATUS CONFERENCE (Dkt. 27)

After reassignment of this case to the undersigned, the Court held status conferences on October 23, 2025 and November 12, 2025 to discuss how to proceed in regard to motions that were pending prior to reassignment: Defendant UBP Bay City, LLC's motion to dismiss (Dkt. 20); Defendant City of Bay City's motion to dismiss (Dkt. 21); and Plaintiffs' motion to hold the motions to dismiss in abeyance pending a jurisdictional challenge (Dkt. 22). Because the convening of a status conference was the object of Plaintiffs' motion to advance proceedings (Dkt. 27), that motion is deemed granted.

The Court concludes that briefing should proceed with regards to the motions to dismiss. Plaintiffs' response to the motions will be due on or before December 4, 2025; any reply will be due on or before December 18, 2025. The Court will issue a separate order regarding Plaintiffs' motion to hold the motions to dismiss in abeyance.

**SO ORDERED.**

Dated: November 13, 2025  s/Mark A. Goldsmith
Detroit, Michigan  MARK A. GOLDSMITH
 United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 13, 2025.

 s/Joseph Heacox
 JOSEPH HEACOX
 Case Manager