UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM HOWARD, et al.,

     Plaintiffs,

v.

                                       Case No. 25-cv-10926
                                       HON. MARK A. GOLDSMITH

UBP BAY CITY, LLC, et al.,

     Defendants.
_____/

## ORDER FOLLOWING APRIL 20, 2026 SCHEDULING CONFERENCE

As discussed at the April 20, 2026 scheduling conference, the parties must confer regarding discovery directed to class certification and the deadline for filing a class certification motion. Points of agreement and disagreement must be set forth in a joint statement, to be filed by April 30, 2026. Another scheduling conference will be held by Zoom on May 5, 2026, at 3:00 p.m. In the interim, the parties should begin discovery.

     **SO ORDERED.**

Dated: April 22, 2026                    s/Mark A. Goldsmith
Detroit, Michigan                  MARK A. GOLDSMITH
                                  United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 22, 2026.

                                         s/Joseph Heacox
                                         JOSEPH HEACOX
                                         Case Manager