**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

WILLIAM HOWARD, et al,
Plaintiffs,

Case No.: 25-cv-10926
Hon. Mark A. Goldsmith

v.

UBP BAY CITY, LLC
Defendants
_______________________________/

**PLAINTIFFS' INITIAL LAY WITNESS AND EXHIBIT LIST**

Pursuant to the Court's Case Management and Scheduling Order (ECF No. 48), Plaintiffs submit the following Initial Lay Witness and Exhibit List. Discovery remains ongoing, Plaintiffs intend to seek an extension of the discovery period, and discovery timely requested by Plaintiffs remains outstanding, including discovery directed toward bridge construction and completion, bridge operations and closures, tolling practices and revenues, communications, and related matters.

Plaintiffs identify below all presently known witnesses and exhibits. Plaintiffs reserve the right to supplement pursuant to Fed. R. Civ. P. 26(e) where subsequently produced discovery identifies additional witnesses or documents that could not reasonably have been specifically identified by the date of this filing, and further reserve rebuttal witnesses and exhibits that could not reasonably have been anticipated.

**LAY WITNESSES**

***(Witnesses Plaintiffs Expect to Call)***

**1. Kevin Bischel — Bay City Bridge Partners / UBP Bay City, LLC**

Mr. Bischel has served in management roles for BCBP, including as Project Delivery Director, Contract Administrator, and Program Manager. He may testify concerning administration and day-to-day management of the Independence Bridge project; interpretation and performance of the applicable agreements; the determination of contractual 'Completion'; substantial and final completion; bridge testing and commissioning; bridge closures; the commencement of tolling; communications with contractors,

engineers, the City, MDOT, and FHWA; and BCBP's representations to motorists concerning tolling and bridge availability.

**2. Kurt Hausbeck — Facilities Manager, Bay City Bridge Partners**
Mr. Hausbeck may testify concerning project completion; bridge operations; bridge closures; maintenance or repair activities; UBP's advertising and tolling practices; the Concession and Lease Agreement; operational records; and communications relating to the condition and availability of Independence Bridge.

**3. Nicole Duemler**
Plaintiff. Expected testimony includes her use of Independence Bridge; Defendant's representations concerning tolling and unlimited passes; transponder/account; tolls and charges; bridge closures; reliance; damages; and proposed-class issues.

**4. Ann Duemler**
Plaintiff. Expected testimony includes her use of Independence Bridge; Defendant's representations concerning tolling and unlimited passes; transponder/account; tolls and charges; bridge closures; reliance; damages; and proposed-class issues.

**5. Michael Lutz**
Plaintiff. Expected testimony includes his use of Independence Bridge; Defendant's representations concerning tolling and unlimited passes; transponder/account; tolls and charges; bridge closures; reliance; damages; and proposed-class issues.

**6. Sherri Howell**
Plaintiff. Expected testimony includes her use of Independence Bridge; Defendant's representations concerning tolling and unlimited passes; transponder/account; tolls and charges; bridge closures; reliance; damages; and proposed-class issues.

**7. Rochelle Jammer**
Plaintiff. Expected testimony includes her use of Independence Bridge; Defendant's representations concerning tolling and unlimited passes; transponder/account; tolls and charges; bridge closures; reliance; damages; and proposed-class issues.

**8. Mark D. Kohlhorst**

Plaintiff. Expected testimony includes his use of Independence Bridge as a non-local motorist; notice or lack of notice concerning tolling; the circumstances surrounding the toll imposed upon him; subsequent demand for payment; communications concerning the toll; damages; and matters relevant to nonresident and occasional bridge users.

**9. William Howard**

Plaintiff. Expected testimony includes his use of Independence Bridge; Defendant's representations concerning tolling and unlimited passes; his transponder/account; tolls and charges imposed; bridge closures and availability; reliance; damages; and matters relating to the proposed class.

**10. Jason Duemler**

Plaintiff. Expected testimony includes his use of Independence Bridge; Defendant's representations concerning tolling and unlimited passes; transponder/account; tolls and charges; bridge closures; reliance; damages; and proposed-class issues.

**11. Anthony Pellegrino — Chief Financial Officer, United Bridge Partners / Bay City Bridge Partners**

Mr. Pellegrino may testify concerning repairs and project completion; UBP's advertising and tolling practices; bridge closures; the Concession and Lease Agreement; toll revenues; financial records; transaction data; unlimited-pass revenue; toll-rate decisions; refunds and credits; damages and restitution; and other financial information relevant to the claims and proposed class. Plaintiffs may alternatively present the appropriate Rule 30(b)(6) designee on these subjects.

***(Witnesses Plaintiffs May Call)***

**12. Doug Witt — CEO/President, United Bridge Partners**

Mr. Witt may testify concerning repairs to Independence Bridge; the completion or claimed completion of the rehabilitation project; commencement of tolling; UBP's advertising and tolling practices; bridge closures; the Concession and Lease Agreement; public representations; corporate decision-making; and communications with the City, contractors, engineers, and other participants in the project.

**13. Kevin Kruger — Project Manager, Granite-Kraemer JV**

Mr. Kruger may testify concerning construction and rehabilitation of Independence Bridge; the December 19, 2024 commercial-operation/substantial-completion certification; the date and circumstances of claimed substantial completion; work performed after January 1, 2025; punch-list or corrective work; commissioning and testing; bridge closures; and communications between Granite-Kraemer, contractors, UBP, engineers, and other project participants concerning completion.

**14. Rocky Gemelli — Granite Construction / Granite-Kraemer JV**

Mr. Gemelli may testify concerning construction and rehabilitation of Independence Bridge; substantial completion; work remaining or performed after commencement of tolling; bridge closures; commissioning; and communications between the contractor and UBP concerning completion of the project.

**15. Louis J. Taylor — Michigan Practice Lead, TranSystems**

Mr. Taylor may testify concerning engineering, inspection, construction, and project-completion issues; whether and when Independence Bridge achieved substantial or contractual completion; certifications or inspections relating to completion; testing and commissioning; remaining work; bridge closures; and communications between TranSystems, contractors, UBP, the City, and MDOT concerning completion and operational status.

**16. Dana Muscott — City Manager, City of Bay City**

Mr. Muscott may testify concerning repairs to Independence Bridge; completion or claimed completion of the project; the City's administration or understanding of the Concession and Lease Agreement; UBP's advertising and tolling practices; bridge closures; commencement of tolling; communications between the City and UBP; the City's knowledge of construction and operational conditions; and governmental approvals or actions relevant to tolling.

**17. Rachel Phillips — City of Bay City Engineering**

Ms. Phillips may testify concerning City engineering involvement in the Independence Bridge rehabilitation; construction; inspections; project schedules; substantial and final completion; bridge operations and

closures; and communications with UBP, TranSystems, Granite-Kraemer, and MDOT.

**18. Anthony "Tony" Albert — TranSystems**
Mr. Albert may testify concerning engineering and project oversight; construction; inspection; testing and commissioning; substantial and final completion; project schedules; and communications concerning Independence Bridge rehabilitation.

**19. Jeff Marlowe — TranSystems**
Mr. Marlowe may testify concerning engineering and project administration; construction; inspection; commissioning; completion; project records; and communications concerning Independence Bridge.

**20. Michael Punches — Granite Construction / Granite-Kraemer JV**
Mr. Punches may testify concerning construction, rehabilitation, scheduling, project completion, remaining work, testing and commissioning, closures, and project communications.

**21. Chris D'Amico — Granite Construction / Granite-Kraemer JV**
Mr. D'Amico may testify concerning construction and rehabilitation activities, project scheduling, remaining work, substantial and final completion, bridge operations, testing, and project communications.

**22. Erin Brophy — Granite Construction / Granite-Kraemer JV**
Ms. Brophy may testify concerning construction and project administration, project records, scheduling, completion issues, testing, and communications concerning Independence Bridge.

**23. Paul Schiefer — MDOT Bay City TSC Construction Engineer**
Mr. Schiefer may testify concerning MDOT involvement in construction and inspection; project milestones; rehabilitation; completion; acceptance; operational status; and communications with project participants.

**24. Kirk Habowski — MDOT Bay City TSC Local Agency Engineer**
Mr. Habowski may testify concerning MDOT/local-agency involvement; project construction and rehabilitation; inspection; completion; operational status; and communications concerning the Independence Bridge project.

**25. Steve Katenhus — MDOT Bay City TSC Manager**
Mr. Katenhus may testify concerning MDOT involvement in the Independence Bridge project, completion, inspection, operational status, and communications with project participants.

**26. Rebecca Curtis — MDOT Bureau of Bridges and Structures**
Ms. Curtis may testify concerning MDOT bridge-related oversight, inspection, project completion or acceptance, bridge operations, and relevant communications.

**27. Robert Dion — City of Bay City Engineering**
Mr. Dion may testify concerning City engineering involvement, rehabilitation, inspections, completion, bridge operations, project meetings, and communications concerning Independence Bridge.

**28. Josh Zimmerman — City of Bay City DPW Manager**
Mr. Zimmerman may testify concerning City public-works involvement; bridge operations; project rehabilitation; construction activities; inspections; closures; and communications with project participants.

**29. Terry Velligan — Bay City Bridge Partners**
Mr. Velligan may testify concerning BCBP operations, management, public communications, bridge rehabilitation, tolling, project completion, bridge availability, and matters reflected in BCBP project-meeting records.

**30. Pete Raketic — Bay City Bridge Partners**
Mr. Raketic may testify concerning information supplied to UBP in preparing its discovery responses, including bridge closures and operations, tolling and transaction information, project completion, construction or repair work, financial information, and other subjects addressed in Plaintiffs' First Set of Discovery Requests.

**31. Veronica Latonio — Bay City Bridge Partners**
Ms. Latonio may testify concerning information supplied to UBP in preparing its discovery responses, including tolling records, transaction data, customer/account information, financial information, bridge operations, and other subjects addressed in Plaintiffs' First Set of Discovery Requests.

**32. Jessica Virgo — Bay City Bridge Partners**

Ms. Virgo may testify concerning information supplied to UBP in preparing its discovery responses, including tolling, financial, operational, completion, closure, or other information responsive to Plaintiffs' First Set of Discovery Requests.

**33. Any additional specifically identified UBP employee, representative, or agent whose identity is disclosed during the remaining discovery period**

Plaintiffs presently identify this potential witness because Defendant itself has disclosed that additional employees, representatives, and agents possess discoverable information concerning tolling, financial data, bridge completion, bridge operations, closures, repairs, advertisements, customer communications, or the Concession and Lease Agreement. Plaintiffs will supplement this List promptly upon disclosure of any such person's identity.

**34. Any additional specifically identified employee, representative, or agent of Granite Construction Company, Kraemer North America, LLC, Granite-Kraemer JV, or TranSystems Corporation whose identity is disclosed during the remaining discovery period**

Plaintiffs presently identify these potential witnesses because Defendant has disclosed that such persons possess discoverable information concerning construction, repairs, completion, bridge closures, inspections, testing, commissioning, or communications concerning completion. Plaintiffs will supplement promptly upon learning their identities.

**35. Any additional specifically identified City of Bay City or MDOT employee, representative, or agent whose identity is disclosed during remaining discovery**

Such witness may possess material information concerning the Concession and Lease Agreement, bridge repairs, completion, tolling, advertising, bridge closures, inspections, governmental approvals, or communications with UBP and project participants.

**36. Any specifically named witness identified on Defendant's timely filed witness list**

Plaintiffs may call such witness concerning the subject matter identified by Defendant and, where appropriate, for adverse examination, admissions, authentication, completeness, impeachment, or rebuttal.

**37. Any person necessary to authenticate a specifically identified exhibit listed herein where authentication cannot otherwise be established**

Plaintiffs may call such person solely as necessary for authentication or foundation.

Plaintiffs do not identify expert witnesses herein. Expert disclosures will be made separately pursuant to the Court's Scheduling Order.

## EXHIBIT LIST
***(Exhibits Plaintiffs Expect to Offer)***

- March 1, 2023 Independence Bridge Concession and Lease Agreement between UBP Bay City, LLC and the City of Bay City, including Appendix A and all exhibits and attachments.

- January 2, 2020 Acquisition and Development Agreement between the City of Bay City and UBP Bay City, LLC.

- April 29, 2020 Amendment to Acquisition and Development Agreement.

- April 19, 2021 Second Amendment to Acquisition and Development Agreement.

- June 1, 2020 Operations and Maintenance Agreement between the City of Bay City and UBP Bay City, LLC d/b/a Bay City Bridge Partners, together with the April 19, 2021 Amendment to Operations and Maintenance Agreement.

- March 1, 2023 Termination of Acquisition and Development Agreement.

- March 1, 2023 Nondisclosure and Confidentiality Agreements relating to the bridge leases and toll-exemption process.

- Memorandum of Understanding and related documents involving the City of Bay City, MDOT, and FHWA concerning Independence Bridge and 23 U.S.C. § 129.

- Special Maintenance Contract and related documents concerning Independence Bridge rehabilitation and toll funds.

- Bay City Bridge Partners Customer Agreement and versions thereof applicable during the relevant period.

- Bay City Bridge Partners October 2020 Information Sheet concerning the bridge project, toll structure, local office/general manager, and public representations concerning when tolling would begin.

- December 19, 2024 Granite-Kraemer correspondence/certification concerning Commercial Operation and Target Substantial Completion, including UBP000336.

- December 2024 Independence Bridge Rehabilitation Monthly Progress Report and project milestone schedule, including UBP000337 et seq.

- Independence Bridge project records identifying Substantial Completion - Deck Rehabilitation Complete, Bascule Leaves Functional, Final Completion, and Site Restoration Complete.

- Bay City Bridge Partners December 31, 2024 Facebook/social-media post announcing that tolling on Independence Bridge would begin at midnight.

- Bay City Bridge Partners February 17, 2025 Facebook/social-media post announcing repeated overnight closures while BCBP continued testing the Independence Bridge.

- Bay City Bridge Partners February 3, 2025 announcement concerning the increase in the monthly unlimited-subscription price and related modification of the unlimited-pass program.

- Advertisements and promotional materials issued by UBP/Bay City Bridge Partners concerning Independence Bridge tolling, including advertisements promoting flat-rate or unlimited tolling, 'Save Time, Save Money,' and substantially similar representations.

- City of Bay City traffic alerts and public notices concerning Independence Bridge closures beginning January 1, 2025.

- Records reflecting tolls, charges, fees, subscriptions, transponder transactions, pay-by-plate transactions, refunds, credits, and other amounts imposed upon or paid by the named Plaintiffs.

- June 4, 2025 BCBP billing notice issued to Philip L. Ellison, together with associated transaction and enforcement information, as an exemplar of Defendant's billing and enforcement system.

- UBP000332 - individual user records for all named Plaintiffs.

- UBP000333 - overall financial and transaction records for Liberty and Independence Bridges from January 1, 2024 through July 31, 2025.

- UBP000334 - individual transaction data for January 2025.

- UBP000335 - document identified by UBP as responsive to bridge-operation/closure discovery.

- UBP000375-001258 - documents identified as responsive to bridge-operation records and engineering reports, inspection reports, project schedules, meeting materials, and punch lists.

- UBP000001-000331 - MOU/Special Maintenance Contract and related production identified in Defendant's discovery responses.

- Annual Average Daily Traffic (AADT) map/data concerning Bay County and Independence Bridge.

- Photographs, graphics, and demonstrative images depicting Independence Bridge, bridge closures, and the claims asserted in this litigation, to the extent otherwise admissible.

***(Exhibits Plaintiffs May Offer)***

- All exhibits, amendments, schedules, side letters, appendices, supplements, and related operative documents comprising or modifying the Independence Bridge Concession and Lease Agreement and predecessor bridge agreements.

- Documents concerning the determination, representation, certification, approval, or acceptance of 'Completion,' substantial completion, commercial operation, operational readiness, final completion, or satisfaction of prerequisites for commencement of tolling.

- Certificates of substantial completion or completion, engineer certifications, inspection reports, project-status reports, acceptance documents, completion memoranda, and substantially similar records.

- Construction schedules, CPM schedules, three-week look-ahead schedules, progress reports, daily reports, field reports, contractor reports, engineering reports, inspection records, punch lists, deficiency lists, corrective-work records, warranty-work records, and project-closeout materials.

- Independence Bridge project progress-meeting minutes, agendas, notes, attendance sheets, supporting materials, and UBP/BCBP internal Liberty/Indy pre-call notes or project-coordination records.

- Records concerning final commissioning, acceptance testing, full-speed testing, reduced-speed testing, leaf synchronization, motor field testing, mechanical alignment, and related testing and commissioning procedures or results.

- Records concerning construction, rehabilitation, repair, maintenance, inspection, testing, corrective work, punch-list work, or warranty work performed on Independence Bridge on or after January 1, 2025.

- Operations logs, bridge logs, closure logs, dispatch records, control-room logs, security logs, traffic-management records, lane-closure records, maintenance logs, and other contemporaneous records reflecting Independence Bridge's operational status.

- Communications concerning any closure, partial closure, lane closure, interruption, construction activity, maintenance activity, repair, malfunction, testing, commissioning, or operational limitation affecting Independence Bridge beginning January 1, 2025.

- Communications among UBP, Bay City Bridge Partners, United Bridge Partners, the City of Bay City, Granite Construction, Kraemer North America, Granite-Kraemer JV, TranSystems, WJE, Panatrol, MDOT, FHWA, and other project participants concerning completion, substantial completion, commercial operation, construction, bridge operations, closures, maintenance, testing, commissioning, tolling, commencement of tolling, or toll rates.

- Complete electronic Independence Bridge transaction and tolling data beginning January 1, 2025, including transaction date and time, vehicle class, account or transponder identifier, rate charged, amount collected, fees, refunds, credits, and related transaction information.

- Reports summarizing Independence Bridge crossing volume, toll transactions, toll revenue, subscription revenue, pay-by-plate revenue, transponder revenue, fees, credits, refunds, and chargebacks.

- Financial records and data sufficient to establish toll revenues and other revenues generated from Independence Bridge beginning January 1, 2025.

- Records concerning monthly unlimited-pass subscriptions, including numbers of subscribers, rates, effective dates, rate changes, cancellations, refunds, credits, and revenues.

- Documents and communications concerning the decision to commence tolling on January 1, 2025.

- Documents and communications concerning the establishment, advertisement, modification, price increase, discontinuation, or alteration of the unlimited-pass program or other toll rates.

- Advertisements, billboards, brochures, mailers, web pages, social-media content, press releases, customer notices, FAQs, presentations, public statements, signs, banners, and other

promotional materials concerning tolling, completion, bridge availability, toll rates, unlimited passes, testing, or anticipated economic benefits.

- Customer communications, complaints, inquiries, dispute records, customer-service records, refund requests, charge disputes, and related records concerning tolling, bridge closures, unlimited passes, and billing.

- City of Bay City minutes, agendas, meeting packets, resolutions, presentations, recordings, correspondence, and other records concerning the Concession and Lease Agreement, Independence Bridge rehabilitation, completion, tolling, toll rates, closures, or UBP.

- Traffic-count records and data concerning Independence Bridge before and after commencement of tolling.

- Photographs, videos, maps, diagrams, plans, drawings, and other evidence depicting Independence Bridge, its rehabilitation, tolling infrastructure, closures, signage, condition, or operational status.

- Documents produced by Defendant in discovery concerning the Concession and Lease Agreement, bridge repairs, project completion, advertising, tolling practices, tolling and financial data, and bridge closures.

- Documents regarding Granite Construction Company, Kraemer North America, LLC, Granite-Kraemer JV, TranSystems Corporation, WJE, Panatrol, the City of Bay City, MDOT, FHWA, or other project participants concerning bridge rehabilitation, completion, operations, closures, tolling, testing, commissioning, or related communications.

- Defendant's interrogatory answers, responses to requests for production, responses to requests for admission, supplemental discovery responses, and documents incorporated into or identified by those responses.

- Deposition exhibits and documents authenticated, identified, adopted, relied upon, or discussed by witnesses during deposition testimony.

- Any exhibit specifically identified by Defendant on its timely filed exhibit list, to the extent independently relevant and otherwise admissible.

- Demonstrative exhibits, summaries, charts, calculations, compilations, timelines, or graphics derived from admissible evidence, including summaries permitted under Fed. R. Evid. 1006.

- Documents or evidence necessary for impeachment or rebuttal that could not reasonably have been anticipated as of August 12, 2026.

- Additional responsive documents first produced after August 12, 2026 pursuant to discovery previously served by Plaintiffs and falling within one or more of the specific subject-matter descriptions above. Plaintiffs will promptly supplement this List to provide specific identifying information for such documents following production.

**NOTICE REGARDING SUPPLEMENTATION**

Plaintiffs' inclusion of certain witnesses and exhibits not yet identifiable by individual name, Bates number, date, or similar identifying information results from ongoing and incomplete discovery. Defendant's August 7, 2026 Rule 26(a)(1) disclosures themselves identify additional unnamed employees, agents, representatives, and documents possessing information concerning bridge repairs, project completion, advertising and tolling practices, tolling and financial data, alleged bridge closures, and the Concession and Lease Agreement.

Defendant's production also contains project records identifying numerous additional individuals as participants in the Independence Bridge rehabilitation, engineering, commissioning, testing, inspection, tolling, and completion processes, including employees and representatives of Defendant, Granite-Kraemer JV, TranSystems, the City of Bay City, and MDOT. To the extent subsequent discovery establishes that any such specifically identified individual possesses material testimony not reasonably ascertainable as of this filing, Plaintiffs will promptly supplement this List.

Further, in its June 19, 2026 discovery responses, Defendant stated that it had not yet located certain documents concerning contractual 'Completion,' had not located responsive City acknowledgments, was still working to locate internal communications concerning Completion and commencement of tolling and communications with MDOT or FHWA, and

stated that additional transaction data would be produced after compilation. Defendant thereafter identified additional individuals with relevant information in its June 22 interrogatory responses and August 7 Rule 26 disclosures.

Plaintiffs have therefore identified the foregoing witnesses and exhibits with the greatest specificity presently possible. Plaintiffs will supplement promptly as Defendant completes its disclosures and discovery production. Nothing herein waives Plaintiffs' right to seek modification of this List or other appropriate relief for good cause where a witness or exhibit could not reasonably have been specifically identified because of delayed, incomplete, supplemental, or subsequently compelled discovery.

Date: August 12, 2026

RESPECTFULLY SUBMITTED:

/s/ Matthew B. Hewitt
GARSKE HEWITT PLC
MATTHEW B. HEWITT
505 S. Euclid Ave
Bay City, MI 48706
(989) 355-0100
matthewitt@garskelaw.com

/s/ Philip L. Ellison
OUTSIDE LEGAL COUNSEL PLC
PHILIP L. ELLISON
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com

*Counsel for Plaintiffs & Proposed Class*