UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM HOWARD, et al.,

Plaintiffs,

v.

Case No. 25-cv-10926
HON. MARK A. GOLDSMITH

UBP BAY CITY, LLC, et al.,

Defendants.
_____________________________________/

**ORDER REGARDING ADR TELEPHONIC STATUS CONFERENCE**

The Court will conduct a telephonic status conference in the above-captioned matter on **August 25, 2026, at 4:00 PM**. Plaintiff's counsel shall initiate the call, and then include the Court by calling (313) 234-5240 when all parties are on the line.

Prior to the status conference, the parties shall meet and confer regarding the following items, which the Court will discuss during the call: (i) the timing and status of any settlement discussions, (ii) possible alternative dispute resolution (ADR), (iii) the identity of the proposed person(s) to preside at the ADR proceeding, and (iv) the date by which ADR will be completed. See E.D. Mich. LR 16.3-16.7 (effective February 1, 2015).

**SO ORDERED.**

Dated: August 25, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 25, 2026.

s/Joseph Heacox
JOSEPH HEACOX
Case Manager