**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

WILLIAM HOWARD, et al,
Plaintiffs,

v.

UBP BAY CITY, LLC, et al
Defendants
_____________________________________/

Case No.: 25-cv-10926
Hon. Mark A. Goldsmith

# STIPULATED ORDER EXTENDING CLASS CERTIFICATION MOTION DEADLINE

Upon the stipulation of counsel and with good cause, the Court hereby extends the deadline for Plaintiffs' motion for class certification to permit the parties to continue ongoing mediation and settlement efforts with mediator Lee Silver. The deadline for Plaintiffs to move for class certification is hereby extended to and including December 4, 2026.

**IT IS SO ORDERED.**

Dated: November 9, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

STIPULATED FOR ENTRY:

/s/ Philip L. Ellison
PHILIP L. ELLISON
MATTHEW B. HEWITT
Counsel for Plaintiffs & Pro'd Class

/s/ Jeffrey R. Hicks (w/permission)
JEFFREY R. HICKS
DAVID C. ANDERSON
Counsel for Defendant UBP Bay City